**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven Paul PETERS, Defendant—
Appellant.**

No. 09–30387.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

Carl E. Rostad, Assistant U.S., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Daniel R. Wilson, Esquire, Measure & Wilson P.C., Kalispell, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Steven Paul Peters appeals from his low-end 70–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Peters contends that the district court imposed a substantively unreasonable sentence because the sentence fails to sufficiently account for the time served on a state sentence for the same conduct. The record reflects that the district court did not procedurally err, see *United States v. Carty*, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc), and that, under the totality of the circumstances, the sentence at the bottom of the guidelines range is substantively reasonable. *See Gall v. United States,*

---

552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also Carty,* 520 F.3d at 993.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.